260 So.2d 320

**STATE of Louisiana ex rel.**
**Tony PETERS**

**v.**

**Honorable E. VERON, Judge, Fourteenth Judicial District.**

**No. 52384.**

April 18, 1972.

The showing made does not warrant the exercise of this Court's supervisory jurisdiction. Relator has an adequate remedy by appeal in the event of conviction.